IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Nathan Allison, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:18cv100 |
| | : Judge Susan J. Dlott |
| Trooper Mark Johnson, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 14, 2019 (Doc. 5), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 28, 2019, hereby ADOPTS said Report and Recommendation.

The Report and Recommendation was sent by regular mail to the plaintiff to the address listed on the docket sheet. The mail was returned to the Clerk's Office as undeliverable on June 24, 2019.

Accordingly, this case is DISMISSED for lack of prosecution.

IT IS SO ORDERED.

                                                                                               s/Susan J. Dlott
                                                                                              Judge Susan J. Dlott
                                                                                              United States District Court